UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EARL CRUM (#112063)

VERSUS

CHARLES FOTI, ET AL

CIVIL ACTION

NO. 08-57-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's complaint will be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, September 16, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA